UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIVERSAL FUNDING CORPORATION, a Washington corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>PEGASUS TEXAS CONSTRUCTION, LP, a foreign limited partnership; RICHARD KNIGHT, JR., an individual,<br><br>                    Defendants. | NO:  2:15-CV-0351-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 31). The parties to this action have stipulated and requested that this action be dismissed with prejudice and without an award of fees or costs to any party.

ACCORDINGLY, IT IS HEREBY ORDERED:

The Stay (ECF No. 30) is lifted.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of

ORDER OF DISMISSAL ~ 1

1 | action in this matter are DISMISSED with prejudice and without an award of fees
2 | or costs to any party. All scheduled hearings, conferences and trial are vacated.
3 |     The District Court Executive is hereby directed to enter this Order, furnish
4 | copies to counsel, and CLOSE the file.
5 |     **DATED** January 17, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2